CLARK HILL PLC
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone:      (702) 862-8300
Facsimile:       (702) 862-8400

Counsel for Defendant
Equifax Information Services LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**(LAS VEGAS DIVISION)**

| | |
|---|---|
| EARL RUDNEY LAO DONALDO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:22-cv-00902-JCM-BNW<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 29, 2022 through and including July 20, 2022. Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 28th day of June, 2022.

84409658v.1

| | | |
|---|---|---|
| 1 | DATED:  June 28, 2022 | Respectfully submitted, |
| 2 | | CLARK HILL PLC |

By: */s/ Gia N. Marina*
Gia N. Marina, Nevada Bar No. 15276
CLARK HILL PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
Email:  gmarina@clarkhill.com

Counsel for Defendant
Equifax Information Services LLC

DATED:  June 28, 2022         Agreed & Consented to:

PRICE LAW GROUP, APC

By: */s/ Steven A. Alpert*
Steven A. Alpert, Nevada Bar No. 8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, NV 89118
Telephone:  (702) 794-2008
Email:  alpert@pricelawgroup.com

Counsel for Plaintiff
Earl Rudney Lao Donaldo

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  June 29, 2022

2

STIPULATION OF EXTENSION OF TIME FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER - FIRST REQUEST

84409658v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I filed the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER via CM/ECF with the Clerk of the Court, which will send electronic notification of same to all counsel of record.

By: __/s/ Gia N. Marina__
Gia N. Marina, Nevada Bar No. 15276
CLARK HILL PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: gmarina@clarkhill.com