**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Earl Rudney Lao Donaldo*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EARL RUDNEY LAO DONALDO, | Case No.: 2:22-cv-00902-JCM-BNW |
| Plaintiffs, | **STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Earl Rudney Lao Donaldo and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Equifax.

This order resolves the last pending claim and closes the case.

IT IS SO ORDERED:

Dated: September 7, 2022

_____
James C. Mahan
United States District Judge

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: September 1, 2022

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

*Attorneys for Plaintiff,*
*Earl Rudney Lao Donaldo*

**CLARK HILL PLC**

*/s/Gia N. Marina*
Gia N. Marina, Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: Gmarina@Clarkhill.Com

*Counsel For Defendant*
*Equifax Information Services LLC*